IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TAMAR OSHER )
)
v. ) NO. 2:08-0031
) JUDGE CAMPBELL
ANN JARED, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 48), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, all claims against Defendants Bob Crabtree, Jody Reeser, and "Ms. Rector" are DISMISSED, pursuant to Fed. R. Civ. P. 41.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE