IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMAR OSHER | ) |
| | ) |
| v. | ) NO. 2:08-0031 |
| | ) JUDGE CAMPBELL |
| ANN JARED, et al. | ) |

ORDER

Pending before the Court, among other things, is a Report and Recommendation of the Magistrate Judge (Docket No. 71), to which no objections have been filed.[1]

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendant Plateau Mental Health Center's Motion to Dismiss (Docket No. 65) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Plateau Mental Health Center filed, in response to the Report and Recommendation, a Motion for More Definite Statement (Docket No. 93), seeking a more definite statement of Plaintiff's claim.