IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TAMAR OSHER )
)
v. ) NO. 2:08-0031
) JUDGE CAMPBELL
ANN JARED, et al. )

ORDER

Pending before the Court, among other things, are a Report and Recommendation of the Magistrate Judge (Docket No. 72) and Plaintiff's objections thereto (Docket No. 95). The Court has reviewed the Report and Recommendation, Plaintiff's objections[1] and the file.

The Report and Recommendation (Docket No. 72) is adopted and approved. Accordingly, the Motion to Dismiss of Hamilton County Government (Docket No. 35) is GRANTED, and all claims against Defendant Hamilton County Government are DISMISSED.[2]

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] In her objections, Plaintiff attempts to argue state law claims against the Hamilton County Defendants. Docket No. 95. There are no state law claims alleged against these Defendants in Plaintiff's Complaint (Docket No. 1) or Amendment to Complaint (Docket No. 26).

[2] The Court notes that, even if Plaintiff's arguments concerning the statute of limitations are correct, her claims against the Hamilton County Government must be dismissed based upon, among other things, the *Rooker-Feldman* Doctrine, which bars federal district courts from hearing "cases brought by state-court losers complaining of injuries by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Fieger v. Ferry*, 471 F.3d 637, 642 (6th Cir. 2006) (citing *Exxon Mobile Corp. v. Saudi Basic Indus. Corp.*, 125 S.Ct. 1517 (2005)).