IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMAR OSHER | ) |
| | ) |
| v. | ) NO. 2:08-0031 |
| | ) JUDGE CAMPBELL |
| ANN JARED, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 81), to which no Objections have been filed.[1] The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss Complaint (Docket No. 61), filed by Defendants Ann Jared, Bennett Jared, Kristy Jared, and Ralph Jared is GRANTED, and Plaintiff's claims against these Defendants are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion for Extension of Time to File Response to this Report and Recommendation (Docket No. 89) was denied (Docket No. 91), and Plaintiff was ordered to file any objections by April 1, 2009.