IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| TAMAR OSHER | ) |
| | ) |
| v. | ) NO. 2:08-0031 |
| | ) JUDGE CAMPBELL |
| ANN JARED, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 118), to which no opposition has been filed. The Court has reviewed the Report and Recommendation and the file.

The Report and Recommendation is adopted and approved. Accordingly, Defendant Putnam County, Tennessee's Motion to Dismiss (Docket No. 96) is GRANTED, and Plaintiff's claims against Defendant Putnam County are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE