IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| TAMAR OSHER | ) |
| | ) |
| v. | ) NO. 2:08-0031 |
| | ) JUDGE CAMPBELL |
| ANN JARED, et al. | ) |

ORDER

Pending before the Court are three Reports and Recommendations (Docket Nos. 128, 132 and 134) and Plaintiff's Response thereto (Docket No. 143). The Court has reviewed each Report and Recommendation, the Plaintiff's Response, and the file. The Objections of the Plaintiff are overruled, and the Reports and Recommendations are adopted and approved.

Accordingly, Defendant Craven's Second Motion to Dismiss (Docket No. 108) is GRANTED, and all claims against Defendant Craven are DISMISSED.

In addition, Defendant Bryan's Third Motion to Dismiss Complaint and/or First Motion for Summary Judgment (Docket No. 111) is GRANTED, and all claims against Defendant Bryan are DISMISSED.

Finally, Defendant Plateau Mental Health Center's Motion to Dismiss (Docket No. 125) is GRANTED, and all claims against Defendant Plateau Mental Health Center are DISMISSED.

All Defendants having now been dismissed, the Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                          _Todd Campbell_
                                                                          TODD J. CAMPBELL
                                                                          UNITED STATES DISTRICT JUDGE